662

## Reinhold A. Weise, Appellant, v. Mary Wachsmuth, Mae Magnus, Lillie Keller, Appellees.

### Gen. No. 10,139.

opinion filed December 29, 1947; released for publication January 16, 1948. Pence B. Orr, for appellant; Donovan, Bray & Gray, for appellees. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.

## Elmer P. Kinney, Appellee, v. Lowell Hall, Appellant.

### Gen. No. 10,196.

opinion filed December 29, 1947; released for publication January 16, 1948. Melvin Finer, for appellant; Charles F. Kinney, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.